**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

LAST STOP DELI GROCERY CORP,

Plaintiff,

-against-

26 **CIVIL** 9050 (JSR)

**JUDGMENT**

UNITED STATES OF AMERICA, et al.,

Defendants.

----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated November 2, 2026, the Court dismisses this case with prejudice.

**Dated:** New York, New York

November 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**